FILED

12/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0413

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0413

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

ROBERT MURRAY GIBBONS,

     Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion to supplement the record and stay the briefing schedule, and good cause appearing,

IT IS HEREBY ORDERED that the following transcripts shall be prepared and placed in the file of this Court in this cause no later than 51 days from the date of this Order:

01/25/2021 – Status Hearing (Kambel)
02/09/2021 – 02/10/2021 – Jury Trial (Sapp)
02/22/2021 – Status Hearing (Kambel)
03/01/2021 – Status Hearing (Kambel)

IT IS FURTHER ORDERED that the briefing schedule is STAYED pending filing of the transcripts. Upon filing of all ordered

transcripts, Appellant shall have thirty (30) days in which to prepare, file, and serve his opening brief on appeal.

The Clerk shall serve a copy of this Order upon counsel, the district court, and the court reporters.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 8 2022